UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIG CITY, SMALL WORLD
BAKERY CAFÉ, LLC,

        Plaintiff,                          No. 16-cv-12652

vs.                                         Hon. Gerald E. Rosen

FRANCIS DAVID CORPORATION
d/b/a ELECTRONIC MERCHANT
SYSTEMS,

        Defendant.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO
DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION AS MOOT

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on January 6, 2017

        PRESENT: Honorable Gerald E. Rosen
                            United States District Judge

This matter having come before the Court on the November 22, 2016 Report and Recommendation of United States Magistrate Judge David R. Grand recommending that Defendant's Motion to Dismiss or Stay Proceedings Pending Arbitration be denied as moot; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court being otherwise fully advised in the premises,

    NOW, THEREFORE,

    IT IS HEREBY ORDERED that the Magistrate Judge's Report and

Recommendation of November 22, 2016 **[Dkt. # 28]** is adopted by the Court.

Accordingly, for the reasons stated by the Magistrate Judge,

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss or Stay Proceedings Pending Arbitration **[Dkt. # 9]** is denied as MOOT.

s/Gerald E. Rosen
United States District Judge

Dated: January 6, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 6, 2017, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135